UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRY LEROY WASHINGTON, JR.,

    Plaintiff,

v.                                                                                  Case No. 6:19-cv-1388-Orl-37LRH

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____

## ORDER

Plaintiff, proceeding *pro se*, sued Defendant, his former employer, in state court on May 8, 2019 by submitting a cover sheet and various documents alleging discrimination against Defendant. (Doc. 1-1, pp. 1–29.) Defendant removed the action to this Court, reading Plaintiff's filings as alleging claims brought under federal civil rights law.[1] (Doc. 1, ¶ 3.) On August 1, 2019, Defendant moved to dismiss Plaintiff's "Complaint" for failing to meet pleading requirements, failing to exhaust administrative remedies, and failing to state a claim. (Doc. 4 ("**Motion**").) Defendant served Plaintiff with the Motion on August 5, 2019. (Doc. 5.)

Plaintiff has not responded to the Motion, although his deadline was Thursday, **August 22, 2019** based on the date of service. *See* Local Rule 3.01(b) (requiring that a party

---

[1] Specifically, Plaintiffs' filings include an Equal Employment Opportunity Commission charge and filing, so it appears the Court would have federal-question jurisdiction over these Title VII claims. (Doc. 1-1, pp. 1–29

-1-

opposing a motion file a response within fourteen days after receiving service of the motion); *see also* Fed. R. Civ. P. 6(d) (allotting an additional three days when service of a motion is made by mail). Thus, the Motion is due to be granted as unopposed, but the Court will permit Plaintiff to file an amended pleading. Before doing so, Plaintiff is encouraged to consult the resources available to *pro se* litigants on the Court's website.[2] Plaintiff should also take advantage of the in-person legal information program, which is provided free of charge and administered every Tuesday from 11:00 a.m. to 12:30 p.m. at the George C. Young U.S. Courthouse, 401 W. Central Blvd., Orlando, Florida 32801.[3] Contact information is located on the Court's website, http://www.flmd.uscourts.gov/.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss for Failing to Meet Pleading Requirements, Failing to Exhaust Administrative Remedies, and Failing to State a Claim (Doc. 4) is **GRANTED.**

2. The Complaint (Doc. 1-1) is **DISMISSED WITHOUT PREJUDICE**.

3. On or before Monday, **September 9, 2019**, Plaintiff may file an amended complaint. Failure to timely file will result in closing this case without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 23, 2019.

---

[2] http://www.flmd.uscourts.gov/litigants-without-lawyers.
[3] http://www.flmd.uscourts.gov/legal-information-program.



Copies to:
Counsel of Record
*Pro se* party